**Mario DiSalvo, Esq. SBN 199113**
Attorney at Law
1332 E. Olive Avenue
Fresno, California 93728
Phone (559) 442-1552
Facsimile (559) 442-156

Attorney for **JESUS RAMON SERRANO**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

**\* \* \* \* \***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1: 11-CR-00354 LJO |
| | ) | |
| Plaintiff, | ) | WAIVER OF PERSONAL APPEARANCE |
| | ) | ON ARRAIGNMENT AND ORDER |
| vs. | ) | THEREON |
| | ) | |
| JESUS RAMON SERRANO | ) | [RULE 10(B)(2) F.R.Crim.P |
| | ) | |
| Defendant. | ) | HONORABLE LAWRENCE J. O'NEILL |

Pursuant to Rule 10(b)(2), F.R.Crim.P., Defendant, JESUS RAMON SERRANO, having been advised of his right to be present at all stages of the proceedings, hereby waives his right to be present in person in open court at his arraignment on the Superseding Indictment presently set for February 17, 2012 at 1:00 p.m. in Courtroom Four of the above entitled court.

Defendant hereby acknowledges that he has received a copy of the Superseding Indictment and requests the court to proceed in his absence and agrees that his interests will be deemed represented at said arraignment by the presence of his attorney, MARIO DISALVO.

Mario DiSalvo, Esq.
1332 E. Olive Avenue
Fresno, California 93728
Phone (559) 442-1552

Defendant further agrees that MARIO DISALVO may enter a plea of NOT GUILTY on his behalf to the charges in the Superseding Indictment.

Dated: February 6, 2012                    */S/ JESUS RAMON SERRANO*
                                           **Jesus Ramon Serrano**
                                           **(original signature on file)**

Defendant's counsel joins in his request for waiver of personal appearance at the arraignment on the Superseding Indictment and agrees to enter a plea of NOT GUILTY on the defendant's behalf.

Dated: February 6, 2012                    */s/ Mario DiSalvo*
                                           **MARIO DISLAVO**
                                           **Attorney for**
                                           **JESUS SERRANO**

## O R D E R

Good Cause Appearing,

**D**efendant JESUS SERRANO is excused from appearing at the arraignment presently set for February 17, 2012 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **February 6, 2012**                    /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

Mario DiSalvo, Esq.
1332 E. Olive Avenue
Fresno, California 93728
Phone (559) 442-1552

2