# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:11-cr-00354-020 LJO** |
| **Plaintiff,** | **ORDER REFERRING CASE TO OFFICE OF FEDERAL DEFENDER (Doc. 563)** |
| **v.** | |
| **JESUS RAMON SERRANO,** | |
| **Defendant,** | |

On February 17, 2015, Jesus Ramon Serrano ("Defendant") filed a motion requesting the assistance of counsel for the purposes of requesting a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Commission Guidelines ("§ 3582 Motion"). Doc. 563. There is no statutory or constitutional right to counsel for a § 3582 Motion. *See United States v. Webb*, 565 F.3d 789, 795 (11th Cir. 2009). Nevertheless, pursuant to Eastern District of California General Order 546, this Court automatically refers pro se motions filed pursuant to § 3582 to the Office of the Federal Defender. In this case, although no formal pro se petition has been filed, Defendant's motion for appointment of counsel raises the issue with enough specificity to trigger General Order 546. Defendant's eligibility for relief under Amendment 782 can be readily ascertained from the record. Accordingly, this case is referred to the Office of the Federal Defender, so that Office can determine whether Defendant is eligible for relief, and, if so, may enter an appearance on Defendant's behalf.

The Federal Defender shall elect whether or not to enter an appearance on Defendant's behalf on or before March 31, 2015. If the Federal Defender enters an appearance on Defendant's behalf, the

Federal Defender shall file a formal § 3582 motion on or before April 30, 2015. If the Federal Defender does not enter an appearance on Defendant's behalf, Defendant is free to file a pro se § 3582 Motion.

The Clerk of Court is directed to serve a copy of this order on the Federal Defender's Office and the United States Attorney's Office.

IT IS SO ORDERED.

Dated: __February 25, 2015__      ___/s/ Lawrence J. O'Neill__
                                      UNITED STATES DISTRICT JUDGE