# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS RAMON SERRANO,<br><br>　　　　　　　　Defendant. | Case No. 1:11-CR-00354-LJO<br><br>MEMORANDUM ORDER DENYING PETITIONER'S REQUEST FOR SENTENCE REDUCTION<br><br>(Doc. 616) |

Defendant Jesus Ramon Serrano ("Serrano" or "Petitioner") is a federal prisoner proceeding *pro se* in this "Motion for Sentence Relief Under the Federal Prison Bureau Non-Violent Offender Relief Act of 2003," ("Relief Act") filed September 14, 2015. Doc. 616. The government filed its Opposition on September 17, 2015. Doc. 617.

Petitioner asks the Court to reduce his sentence pursuant to the Relief Act, H.R. 3575, 108th Cong. (2003-04), which Petitioner asserts has amended 18 U.S.C. § 3624 by adding a subsection (g) to permit the early release of certain non-violent offenders. *Id*. However, while bills have been introduced to so amend 18 U.S.C. § 3624, *see, e.g.,* H.R. 71, 114th Cong (2015-16), Congress has not yet enacted any such legislation. *See* 18 U.S.C. § 3624.

Petitioner raises no other grounds for relief. Therefore, his request for a sentence reduction is DENIED.
IT IS SO ORDERED.

Dated: __September 25, 2015__　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE